# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS PIKE DOYLE, SR., <br><br> Plaintiff, <br><br> v. <br><br> MADERA SUPERIOR COURT, et al., <br><br> Defendants. | Case No. 1:19-cv-01558-AWI-BAM <br><br> ORDER DENYING *IN FORMA PAUPERIS* APPLICATION WITHOUT PREJUDICE <br><br> (Doc. No. 2) <br><br> ORDER DIRECTING SUBMISSION OF CERTIFIED TRUST ACCOUNT STATEMENT <br><br> **THIRTY (30) DAY DEADLINE** |

Plaintiff Thomas Pike Doyle, Sr. ("Plaintiff"), a county jail inmate proceeding *pro se*, filed this civil action on November 1, 2019. (Doc. 1.) Plaintiff also filed an application seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. 2.) However, the application was not complete.

Plaintiff is advised that a prisoner who brings a civil action *in forma pauperis* is required to pay the full amount of the filing fee in installments when funds are available in his prison trust account. 28 U.S.C. § 1915(b)(1). Although Plaintiff filed the requisite affidavit to proceed *in forma pauperis*, he failed to submit a certified copy of his trust account statement (or institutional equivalent) for the 6-month period immediately preceding the filing of the complaint, obtained from the appropriate correctional official. 28 U.S.C. § 1915(a)(2).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* (Doc. No. 2) is DENIED

1

without prejudice;

2. The Clerk of Court is directed to serve this order and a blank *in forma pauperis* application for a prisoner on Plaintiff;

3. Within thirty (30) days from the date of service of this order, Plaintiff shall file the application to proceed *in forma pauperis,* completed and signed, including a certified copy of his prison trust account statement, or the institutional equivalent, that covers the 6-month period immediately preceding the filing of this action, or in the alternative, pay the $400.00 filing fee for this action;

4. No extension of time will be granted without a showing of good cause; and

5. **Plaintiff is warned that the failure to comply with this order will result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

Dated: **November 22, 2019**          /s/ *Barbara A. McAuliffe*
                                                             UNITED STATES MAGISTRATE JUDGE