1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS PIKE DOYLE, SR.,

        Plaintiff,

    v.

MADERA SUPERIOR COURT,

        Defendant.

Case No.  1:19-cv-01558-AWI-BAM

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF ACTION FOR FAILURE TO PAY FILING FEE OR FILE APPLICATION TO PROCEED IN FORMA PAUPERIS, FAILURE TO OBEY A COURT ORDER, AND FAILURE TO PROSECUTE

(Doc. No. 5)

Plaintiff Thomas Pike Doyle, Sr. ("Plaintiff"), a county jail inmate proceeding *pro se*, filed this civil action on November 1, 2019.  (Doc. 1.)  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 30, 2020, the assigned magistrate judge issued findings and recommendations that this action be dismissed without prejudice based on Plaintiff's failure to pay the filing fee or file an application to proceed *in forma pauperis*, failure to obey a Court order, and failure to prosecute.  (Doc. No. 5.)  Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  The time to file objections has passed, and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The March 30, 2020 findings and recommendations (Doc. No. 5), are adopted in full;

2.  This action is dismissed without prejudice due to Plaintiff's failure to pay the filing fee or file an application to proceed *in forma pauperis*, failure to obey a Court order, and failure to prosecute; and

3.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  May 7, 2020

_____

SENIOR  DISTRICT  JUDGE